UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONYA AUBERT,
*f.k.a.* Tonya Mallett-Rathell

       Plaintiff,

v.

RUSSELL COLLECTION
AGENCY, INC,

       Defendant .
_____/

Case No. 2:15-cv-10703
Magistrate Judge Anthony P. Patti

## JUDGMENT

For the reasons stated on the record at the conclusion of trial and in the Opinion and Order entered August 23, 2016 and filed on this date, judgment is entered in favor of the Defendant against the Plaintiff.

                                      DAVID WEAVER

Dated: August 23, 2016        By: s/Michael Williams
                                            Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 23, 2016, by electronic and/or ordinary mail.

                                      S/Michael Williams
                                      Case Manager, (313) 234-5201